JUDGE McKENNA

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JUL 21 2008
```

- - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA       :       INDICTMENT

    -v.-                          :       08 Cr.

SHAHID LATIF,                    **08 CRIM     667**

        Defendant.        :

- - - - - - - - - - - - - - - - - - x

## COUNT ONE

The Grand Jury charges:

1.    From on or about May 19, 2008, through on or about
May 21, 2008, in the Southern District of New York and elsewhere,
SHAHID LATIF, the defendant, unlawfully, willfully, knowingly and
with the intent to influence a public official to commit a fraud
on the United States, directly and indirectly, did corruptly
give, offer and promise a public official, things of value, to
wit, LATIF offered to give a Special Agent of the Social Security
Administration - Office of the Inspector General money to obtain
false Social Security cards.

(Title 18, United States Code, Section 201(b)(1)(B).)

## COUNT TWO

The Grand Jury further charges:

2.    On or about May 21, 2008, in the Southern District
of New York and elsewhere, SHAID LATIF, the defendant, unlawfully,
willfully, and knowingly for the purpose of obtaining anything of
value from any person and for any other purpose, did buy a card

that is, and purports to be, a Social Security card, to wit, LATIF

paid money for a Social Security card.

     (Title 42, United States Code, Section 408(a)(7)(C) and
        Title 18, United States Code, Section 2.)

FOREPERSON

MICHAEL J. GARCIA
United States Attorney

2

Form No. USA-33s-274 (Ed. 9-25-58)

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

### UNITED STATES OF AMERICA

### - v. -

### SHAHID LATIF,

Defendant.

### INDICTMENT

08 Cr.

(18 U.S.C. § 201(b)(1)(B), 42 U.S.C. §
408(a)(7)(C) and 18 U.S.C. § 2)

MICHAEL J. GARCIA
United States Attorney.

A TRUE BILL

Foreperson.

Filed indictment. Case assigned to Judge McKenna.
—Francis, J.

SRM
7/21/08